No. 87–557.  FRESNO POLICE OFFICERS ASSN. ET AL. v. CALIFORNIA ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari de-

nied.   JUSTICE WHITE would grant certiorari.